1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        )      Case No.: ED19-00179M
11                                       )
                       Plaintiff,        )      ORDER OF DETENTION PENDING
12                                       )      FURTHER REVOCATION
                       v.                )      PROCEEDINGS
13   ROCIO RAMIREZ,                      )      (FED. R. CRIM. P. 32.1(a)(6); 18
                                         )      U.S.C. § 3143(a)(1))
14                                       )
                       Defendant.        )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the SOUTHERN District of

18   CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)      The defendant has not met his/her burden of establishing by clear and

23               convincing evidence that he/she is not likely to flee if released under

24               18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (X)    information in the Pretrial Services Report and Recommendation

26          (X)    information in the violation petition and report(s)

27          (X)    the defendant's nonobjection to detention at this time

28          ()     other:

1

1

2          and/ or

3  B. ()  The defendant has not met his/her burden of establishing by clear and

4          convincing evidence that he/she is not likely to pose a danger to the safety of

5          any other person or the community if released under 18 U.S.C. § 3142(b) or

6          (c).  This finding is based on the following:

7              ()  information in the Pretrial Services Report and Recommendation

8              ()  information in the violation petition and report(s)

9              ()  the defendant's nonobjection to detention at this time

10             ()  other:

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further

13  revocation proceedings.

14

15  Dated: April 2, 2019

                    _____
16                      KENLY KIYA KATO
                    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28